HENRY F. WILSON, JR., Appellant, *v.* HENRY EMANUEL et al., Respondents.

*Wilson* v. *Emanuel*, 155 App. Div. 935, affirmed.
(Argued April 21, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought by the plaintiff, a judgment creditor of the defendant Henry Emanuel, to set aside two transfers, one from said Henry Emanuel to the defendant Samuel H. Emanuel, and the other from said Samuel H. Emanuel to the defendant the Standard Oiled Clothing Company, upon the ground that each transfer was without legal and full consideration and was fraudulent and void as to creditors. The answers put at issue all allegations of fraud and lack of consideration.

*Joseph M. Hartfield* and *James J. Porter* for appellant.

*Irving G. Vann* and *Oliver L. Goldsmith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER and SEABURY, JJ. Not sitting: CARDOZO, J.